# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MADCENE SERFRERE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1832

[February 18, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 15-015451-CF-10A.

Madcene Serfrere, Daytona Beach, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***